# Court of Appeals
# of the State of Georgia

ATLANTA,   June 08, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1777. HARDMAN et al. v. CLARK.**

Appellee's motion to remand is GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/08/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



, *Clerk.*